FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_NORTHERN_ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY - 7 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. _1:10CV00032 BSM/HDY_

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: _Jamie Hollins_
ADC # _129965_

Address: _P.O. Box 1000 Wrightsville, Ar 72183_

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge _Miller_
and to Magistrate Judge _Young_

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: _Dr. Melvin Nance_

Position: _Doctor_

Place of employment: _Himes Unit_

Address: _300 Corrections Dr. Newport, Ar 72112_

Name of defendant: _B. Hornlan_

Position: _Grievance Officer_

Place of employment: *Grimes Unit*

Address: *300 Corrections Dr. Newport, Ar 72112*

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐     Court (if federal court, name the district; if state court, name the county): _____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

**IV.**    Place of present confinement: _____

_____

**V.**    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain:_____

_____

**VI.**    There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _✓_    No ____

B.     If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED

3

COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C.  If your answer is NO, explain why not: _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On this date 3-24-10 I Jamie G. Hollins put in a Grievance about ankles and knee problem's because I'm support to have high top shoe's and a brace on my right knee for support. But Dr. Nance refuse to look in my Medical Jacket and get my shoe strip which have shown my Medical problem which I was born Polio in my feet and leg's which is a physical handicap. Also I feel that my Eighth Amendment was Violated by Cruel and Unusual Punishment and my problem was brought to his Attention several time's.

4

**VIII.** Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

*I want to get paid for the pain and suffering.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and **correct**.

Executed on this 24 day of March, 2010.

*Jamie Hollins*

Signature(s) of plaintiff(s)

**UNIT LEVEL GRIEVANCE FORM** (Attachment 1)

Unit/Center __Grimes__

MAIL ROOM
MAY 07 2010
U.S. DISTRICT COURT

Name __Jamie Hollins__

ADC# __129965__  Brks # __21__  Job Assignment __Bll__

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

__3/24/10__ (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning (Medical) or Mental Health Services? ___ If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): __I am having problem's with my feet and the shoe's I'm wearing are not helping me when I walk because I'm not getting the support I need for my ankles and I also wear a knee brace on my right to support my joint's. Can you please see if I can get the medical care I need and the med I'm on are not helping. I'm on Ibuprofen 600 m.g. I need something stronger please for my pain.__

__Jamie Hollins__                              __3/24/10__
Inmate Signature                              Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __3-24-10__ (date), and determined to be **Step One** and/or an Emergency Grievance __No__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: __D. Moss LPN__  Date __3-24-10__

__CPL Joe Van Dyne__   __50527__   __[signature]__         __3-24-10__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: __Seen by MD 3-16-10. If you want to be seen again you need to place a sick call.__

__[signature]__ __3/26/10__                 __Jamie Hollins__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Grimes's_

Name _Jamie Hollins_

ADC# _129965_    Brks # _21_    Job Assignment _B/U_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: _____ |

_4/2/10_ (Date) STEP ONE: Informal Resolution

_4/5/10_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning (Medical) or Mental Health Services? _____ If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I am Medical M-2 class due to my physical disabilities in my ankles and knees which are severe. I suppose to be prescribed shoes which are suppose to be high top for support for my ankles. I suppose to have a brace on my right knee for support and I have already been prescribed shoe's once before when I came to A.D.C. in 2003 and it should be in my Medical jacket. I was ___ prescribed a brace by my free world Doctor. So I feel that my Medical needs ___ are not getting met._

_Jamie Hollins_                                    _4/2/10_
Inmate Signature                                    Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-2-10_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Blount RN_    Date _4-2-10_

_CPL Joe Van Dyne_    _50527_    _CPL Joe V__ Dyne_    _4-2-10_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _Per the regional medical director you are scheduled for the footwear clinic._

_Thompson  4/5/10_                                    _Jamie Hollins_
Staff Signature & Date Returned                       Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.