# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

JAMIE HOLLINS                                                                                  PLAINTIFF
ADC #129965

V.                        1:10CV00032 BSM/HDY

MELVIN NANCE *et al.*                                                     DEFENDANTS

## **ORDER**

The court has reviewed the partial recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After carefully reviewing the partial recommended disposition, and reviewing the record *de novo*, it is concluded that the partial recommended disposition should be, and hereby is, approved and in all respects in its entirety.

Defendant Melvin Nance's motion for summary judgment (Doc. No. 10) is GRANTED, plaintiff Jamie Hollins's claims against Nance are DISMISSED WITHOUT PREJUDICE, and Nance's name is hereby removed as a party defendant.

IT IS SO ORDERED this <u>16th</u> day of August, 2010.

                                                                             /s/ Brian S. Miller
                                                             UNITED STATES DISTRICT JUDGE