**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**JAMIE HOLLINS,
ADC #129965**                                                                                              **PLAINTIFF**

v.                            **CASE NO. 1:10CV00032 BSM/HDY**

**MELVIN NANCE, Doctor,
Grimes Unit et al.**                                                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendant Jennifer Horn's motion for summary judgment [Doc. No. 22] is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.      Plaintiff's motion for summary judgment [Doc. No. 19] is DENIED.

3.      It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and judgment dismissing this action is considered frivolous and would not be taken in good faith.

Dated this 23rd day of November, 2010.

                                                                                            /s/ Brian S. Miller
                                                                                   UNITED STATES DISTRICT JUDGE