**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**JAMIE HOLLINS,
ADC #129965**                                                                                          **PLAINTIFF**

**v.**              **CASE NO. 1:10CV00032 BSM/HDY**

**MELVIN NANCE, Doctor,
Grimes Unit et al.**                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE